**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------------- x

SONYA ROSS

                          Plaintiff,
    -against-

THE ASSOCIATED PRESS

                     Defendant.

-------------------------------------------------------------- x

**Civil Action No.:**
**1:16-cv-00820**


**RULE 7.1 STATEMENT**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant, the Associated Press, certifies that there are no corporate parents, subsidiaries, or affiliates of that party which are publicly held.


Dated:   New York, New York
          September 1, 2016

                       By:   /s/ JBC
                           Stephen J. Macri
                           Joseph B. Cartafalsa
                           PUTNEY, TWOMBLY, HALL & HIRSON LLP
                           521 Fifth Avenue
                           New York, New York 10175
                           (212) 682-0020
                           *Attorneys for Defendant Associated Press*