# EXHIBIT LIST

Exhibit A   -   Deposition Testimony of Sonya Ross

Exhibit B   -   Deposition Testimony of Jessica Bruce

Exhibit C   -   Deposition Testimony of Montrese Garner-Sampson

Exhibit D   -   Leading Edge Report

Exhibit E   -   Emails from Sonya Ross

Exhibit F   -   Letter from Robert Naylor

Exhibit G   -   Robert Naylor Emails to Jessica Bruce

Exhibit H   -   Job Posting

Exhibit I   -   Announcement of Robert Naylor's Termination

Exhibit J   -   Sonya Ross's Complaint to OFCCP

Exhibit K   -   Notice of Receipt by AP of Ross OFCCP Complaint, April 2012

Exhibit L   -   Email Streams

Exhibit M   -   Email from Earl Hinton

Exhibit N   -   OFCCP Findings and Conciliation Agreement

Exhibit O   -   News Guild Study

Exhibit P   -   Email Stream

Exhibit Q   -   Notice of Investigation, April 2013

Exhibit R   -   Editor Reporting Lines

Exhibit S   -   Notice of Investigation, April 2013

Exhibit T   -   Article Regarding Michael Oreskas

Exhibit U   -   2018 Diversity Chart

Exhibit V    -    Affidavit of Sonya Ross

Exhibit W    -    Email Stream

Exhibit X    -    Affidavit of Robert Naylor

Exhibit Y    -    Withdrawn

Exhibit Z    -    Affidavit of Lisa Matthews