**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SONYA L. ROSS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  16-cv-820-TSC |
| | ) | |
| THE ASSOCIATED PRESS | ) | |
| | ) | |
| Defendant. | ) | |

**PARTIES' NOTICE OF SETTLEMENT IN PRINCIPLE**

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. The parties respectfully request that they be given 30 days from today to finalize the settlement agreement and file the stipulated dismissal with the Court. The parties were awaiting a ruling on defendant's motion for summary judgment and there are no pending deadlines.

Respectfully submitted,

CKR LAW, LLP

By:     */s/ Lisa Alexis Jones*
          Lisa Alexis Jones, Esq.
1330 Avenue of the Americas
14th Floor
New York, N.Y.  10019
(212) 259-7300
(212) 259-8200 (Fax)
ljones@ckrlaw.com

Cynthia Goode Works, Esq.
9701 Apollo Drive, Suite 301
Largo, Maryland  20774
(301) 474-5562

{00197323.1 / 8357.001}

*Counsel for Plaintiff*

Joseph B. Cartafalsa, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
599 Lexington Avenue, 17th Floor
New York, NY 10022
joseph.cartafalsa@ogletree.com

*Counsel for Defendant*

Dated: March 28, 2019